UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6110-CIV-ZLOCH
98-6031-CR-ZLOCH

FILED by _____ D.C.

FEB 28 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DIRON DAVE DACOSTA,

    Movant,

vs.

**FINAL ORDER OF DISMISSAL**

UNITED STATES OF AMERICA,

    Respondent.
_____/

THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 3), filed herein by United States Magistrate Judge Charlene H. Sorrentino. No Objections to said Report have been filed herein.

The Court has conducted a <u>de novo</u> review of the entire record herein and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report Of Magistrate Judge (DE 3), filed herein by United States Magistrate Judge Charlene H. Sorrentino be and the same is hereby approved, adopted and ratified by the Court;

2. The Motion To Vacate filed herein by Movant, Diron Dave Dacosta be and the same is hereby **DENIED**;

3. The above-styled cause be and the same is hereby

**DISMISSED**; and

4. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of February, 2000.

                                                                    _____
                                                                    WILLIAM J. ZLOCH
                                                                    United States District Judge

Copies furnished:

The Honorable Charlene H. Sorrentino
United States Magistrate Judge

Diron Dave Dacosta, Pro Se
Reg. No. 04600-265
FMC Fort Worth
P.O. Box 15330
Fort Worth, TX 76119