```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 00-6110-CIV-ZLOCH
                                             98-6031-CR-ZLOCH
DIRON DAVE DACOSTA,

       Movant,

vs.                                          ORDER DENYING
                                      CERTIFICATE OF APPEALABILITY
UNITED STATES OF AMERICA,

       Respondent.
_____/
```

[FILED by ___ D.C. / FEB 28 2000 / CLARENCE MADDOX / CLERK U.S. DIST. CT. / S.D. OF FLA. FT. LAUD.]

THIS MATTER is before the Court sua sponte. The Court having denied Movant's Motion To Vacate, finds that the Movant has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(2).

Accordingly, it is

**ORDERED AND ADJUDGED** that the issuance of a Certificate of Appealability be and the same is hereby **DENIED** for the reasons set forth above.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of February, 2000.

```
                         _____
                         WILLIAM J. ZLOCH
                         United States District Judge
```

Copies furnished:

See attached Mailing List

DIRON DAVE DACOSTA v. UNITED STATES OF AMERICA
CASE NOS. 00-6110-CIV-ZLOCH and 98-6031-CR-ZLOCH


Diron Dave Dacosta, Pro Se
Reg. No. 04600-265
FMC Fort Worth
P.O. Box 15330
Fort Worth, TX 76119